UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID CLARK HANDY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-05-530 |
| | § | |
| JAIME CANO, | § | |
| | § | |
| Defendant. | § | |

## OPINION AND ORDER OF TRANSFER

Plaintiff, proceeding *pro se*, is an inmate at TDCJ-CID's Garza West Unit in Beeville, Texas. He filed this action pursuant to 42 U.S.C. § 1983, against Jaime Cano, a Weslaco, Texas, police officer. The events about which plaintiff complains occurred in Weslaco, Texas. Weslaco is in Hidalgo County, Texas, which is located in the McAllen Division of the Southern District of Texas. 28 U.S.C. § 124(b)(7).

Venue is appropriate in any division in the Southern District of Texas. 28 U.S.C. § 1391(b). Title 28, United States Code, Section 1404(a) permits the transfer of a civil action to any other district or division where it might have been brought for the convenience of the parties and witnesses in the interests of justice. This case could have been filed in the McAllen Division of the Southern District of Texas. 28 U.S.C. § 1391(b). The events which form the basis for the lawsuit occurred in that division, and the witnesses are found there. Transfer of this case to the McAllen Division serves the convenience of the parties and witnesses and the interests of justice.

2 / 2

Accordingly, the Clerk shall transfer this case to the McAllen Division of the Southern District of Texas. All pending motions are denied as moot, subject to renewal after the case is transferred.

ORDERED this 27th day of October, 2005.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE